UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

Phillip Li

                      Plaintiff(s),

v.

Defendant 1, a/k/a "Annie", et al.

                      Defendant(s).

-----------------------------------------------------------

No. 1:25-cv-00892

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

PRINT

I, Marshal Hoda, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of The Hoda Law Firm, PLLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Texas.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 24110009
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case No. 1:25-cv-00892 for Plaintiff Phillip Li.

Date 2/17/25
New Orleans, LA

*Marshal Jerod Hoda*
_____
Signature of Movant
Firm Name The Hoda Law Firm, PLLC
Address 3120 Southwest Fwy
Ste 101, PMB 51811
Houston, TX 77098
Email marshal@thehodalawfirm.com
Phone (832) 848-0036

NOTARIZED
CAREY L WYATT
Notary Public - State of Florida
Commission # HH 223383
Expires on February 2, 2026

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 17, 2025

Re: Marshal J. Hoda, State Bar Number 24110009

To Whom It May Concern:

This is to certify that Marshal J. Hoda was licensed to practice law in Texas on November 02, 2018, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Seana Willing
Chief Disciplinary Counsel
SW/jw

