The
# HODA LAW FIRM, PLLC

3120 Southwest Fwy, Ste 101, PMB 51811                    o. (832) 848-0594
Houston, TX 77098                          contact@thehodalawfirm.com

March 11, 2025

Via CM/ECF

**Re:   Issuance of Summonses**

To the Clerk of Court:

Plaintiff hereby requests issuance of the proposed summonses submitted as attachments hereto via CM/ECF.

Sincerely,

Marshal J. Hoda, Esq.
Attorney & Founder
THE HODA LAW FIRM, PLLC
marshal@thehodalawfirm.com
o. (832) 848-0036