AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Phillip Li,<br><br>*Plaintiff(s)*<br>v.<br>Annie Doe, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-00892<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Schedule A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marshal Hoda
The Hoda Law Firm, PLLC
3120 Southwest Fwy
Ste 101, PMB 51811
Houston TX 7709
marshal@thehodalawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/14/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Print     Save As...                                                     Reset

# Schedule A

**Bank of Communications Hong Kong**
20 Pedder St Central
Hong Kong

**Chong Hing Bank**
Chong Hing Bank Centre
24 Des Voeux Rd Central
Hong Kong

**Dah Sing Bank**
26F, Dah Sing Financial Centre
No. 248 Queens Rd East
Wan Chai
Hong Kong

**Hailwic Trading Co Ltd**
Ste 09A, 20F
China Hong Kong City Tower 1
Tsim Sha Tsui
Hong Kong

**Hong Kong Maoyexing Technology Co**
Flat 205C, 2F
Kwong On Bank Mongkok Branch Bldg
728-730 Nathan Rd
Mong Kok
Hong Kong

**Lian Sing Trading Co**
Room A, 8F
Wok Cheung Bldg
635-637 Shanghai St
Mong Kok
Hong Kong

**Lixi Trading Ltd**
Room 511, 5F
Ming Sang Industrial Bldg
19-21 Hing Yip St
Kwun Tong, Kowloon
Hong Kong

**Nancheng Trade Ltd**
Room D17, 13F, Gongcai Bldg
Guo Shi Tong
404 Cha Tong Rd, Kowloon
Hong Kong

**Hong Kong Newmoon Electronics Co Ltd**
Room A, 12F
ZJ 300
300 Lockhart Rd
Wan Chai
Hong Kong

**RST Trade Ltd**
Room 22, A Block, 10F
Manning Industrial Bldg
116-118 How Ming St
Kwun Tong, Kowloon
Hong Kong

**Standard Chartered Bank**
1 Basinghall Ave
London, EC2V 5DD
United Kingdom

**Sunstat Trade Ltd**
Room A1-13, Blk. A, 3F
Yee Lim Industrial Ctr
2-28 Kwai Lok St
Kwai Chung
Hong Kong

**Vany Ltd**
Flat C, 23F
Lucky Plaza
315-321 Lockhart Rd
Wan Chai
Hong Kong

**Yuanchi Co**
Room 22, A Block, 10F
Manning Industrial Bldg
116-118 How Ming St
Kwun Tong, Kowloon
Hong Kong