AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-0057

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Vany Limited__
was received by me on *(date)* __03/22/2025__.

☑ I personally served the summons on the individual at *(place)* __Flat C, 23/F, Lucky Plaza, 315-321 Lockhart Road, Wanchai, HongKong__ on *(date)* __03/31/2025__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0__

I declare under penalty of perjury that this information is true.

Date: __03/31/2025__

_____
Server's signature

__FU PUN KWONG__
Printed name and title

__Room 602, 6/F, Kai Yu Commercial Building, No. 2C Argyle Street, Mongkok, Kowloon, Hong Kong__
Server's address

Additional information regarding attempted service, etc: