**UNTIED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Phillip Li,

*Plaintiff,*

v.

Defendant 1, a/k/a "Annie", an individual,
WDCEX.PRO, a business association,
Standard Chartered Bank (Hong Kong)
Limited, a business entity, Bank of
Communications (Hong Kong), a business
entity, Chong Hing Bank Limited, a business
entity, Dah Sing Bank, a business entity,
Chok Suet Ee, an individual, Chin Kean
Leong, an individual, Lian Sing Trading Co
Ltd, a business entity, Ho Ching Ng, an
individual, Hong Kong Maoyexing
Technology Ltd, a business entity, Cong Yu,
an individual, Yuanchi Co Ltd, a business
entity, Guanghai Jin, an individual, Vany
Ltd, a business entity, Jianshe Li, an
individual, Lixi Trading Ltd, a business
entity, Xiaoli Hu, an individual, Nancheng
Trade Ltd, a business entity, Xuegong Wang,
an individual, RST Trade Ltd, a business
entity, Wen Liu, an individual, Hailwic
Trading Co Ltd., a business entity, Mingbo
Liao, an individual, Sunstat Trade Limited, a
business entity, Feifei Li, an individual,
Hong Kong Newmoon Electronics Company
Limited, a business entity, Maolin Feng, an
individual, and John Does 1 – 20,

*Defendants.*

Case No. 1:25-cv-00892-LDH-JRC

**NOTICE OF APPEARANCE OF
JACOB KAPLAN**

TO:    The Clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Defendant Bank of Communications (Hong Kong) Limited.

Dated: July 1, 2025
    New York, New York

Respectfully submitted,

By:     /s/ *Jacob Kaplan*
    Jacob Kaplan
    Registration No. 4130704
    BAKER & MCKENZIE LLP
    452 Fifth Avenue
    New York, New York 10018
    Tel: (212) 626-4100
    Fax: (212) 310-1600
    jacob.kaplan@bakermckenzie.com

    *Attorneys for Defendant Bank of*
    *Communications (Hong Kong) Limited*