# UNTIED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Phillip Li,<br><br>   *Plaintiff*,<br><br> v.<br><br>Defendant 1, a/k/a "Annie", an individual, WDCEX.PRO, a business association, Standard Chartered Bank (Hong Kong) Limited, a business entity, Bank of Communications (Hong Kong), a business entity, Chong Hing Bank Limited, a business entity, Dah Sing Bank, a business entity, Chok Suet Ee, an individual, Chin Kean Leong, an individual, Lian Sing Trading Co Ltd, a business entity, Ho Ching Ng, an individual, Hong Kong Maoyexing Technology Ltd, a business entity, Cong Yu, an individual, Yuanchi Co Ltd, a business entity, Guanghai Jin, an individual, Vany Ltd., a business entity, Jianshe Li, an individual, Lixi Trading Ltd, a business entity, Xiaoli Hu, an individual, Nancheng Trade Ltd, a business entity, Xuegong Wang, an individual, RST Trade Ltd, a business entity, Wen Liu, an individual, Hailwic Trading Co Ltd, a business entity, Mingbo Liao, an individual, Sunstat Trade Limited, a business entity, Feifei Li, an individual, Hong Kong Newmoon Electronics Company Limited, a business entity, Maolin Feng, an individual, and John Does 1 – 20,<br><br>   *Defendants*. | Case No. 1:25-cv-00892-LDH-JRC<br><br>**NOTICE OF APPEARANCE OF JOHN TREAT** |

TO: The Clerk of the court and all parties of record:

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Defendant Bank of Communications (Hong Kong) Limited.

Dated: July 1, 2025  
    New York, New York

Respectfully submitted,

By:   /s/ *John Treat*  
John Treat  
Registration No. 5696778  
BAKER & MCKENZIE LLP  
10250 Constellation Blvd.  
Suite 1850  
Los Angeles, California 90067  
Tel: (310) 201-4728  
Fax: (310) 201-4721  
john.treat@bakermckenzie.com

*Attorneys for Defendant Bank of Communications (Hong Kong) Limited*