# UNTIED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Phillip Li,<br><br>*Plaintiff*,<br><br>v.<br><br>Defendant 1, a/k/a "Annie", an individual, WDCEX.PRO, a business association, Standard Chartered Bank (Hong Kong) Limited, a business entity, Bank of Communications (Hong Kong), a business entity, Chong Hing Bank Limited, a business entity, Dah Sing Bank, a business entity, Chok Suet Ee, an individual, Chin Kean Leong, an individual, Lian Sing Trading Co Ltd, a business entity, Ho Ching Ng, an individual, Hong Kong Maoyexing Technology Ltd, a business entity, Cong Yu, an individual, Yuanchi Co Ltd, a business entity, Guanghai Jin, an individual, Vany Ltd, a business entity, Jianshe Li, an individual, Lixi Trading Ltd, a business entity, Xiaoli Hu, an individual, Nancheng Trade Ltd, a business entity, Xuegong Wang, an individual, RST Trade Ltd, a business entity, Wen Liu, an individual, Hailwic Trading Co Ltd, a business entity, Mingbo Liao, an individual, Sunstat Trade Limited, a business entity, Feifei Li, an individual, Hong Kong Newmoon Electronics Company Limited, a business entity, Maolin Feng, an individual, and John Does 1 – 20,<br><br>*Defendants*. | Case No. 1:25-cv-00892-LDH-JRC<br><br>**BANK OF COMMUNICATIONS (HONG KONG) LIMITED'S RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Bank of Communications (Hong Kong) Limited (a private non-governmental party or intervenor)

certifies the following:

**Part I:**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

> Defendant Bank of Communications (Hong Kong) Limited is a wholly-owned subsidiary of Bank of Communications Co., Ltd. Bank of Communications Co., Ltd., in turn, is publicly listed on the Stock Exchange of Hong Kong and the Shanghai Stock Exchange.

**Part II:**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a). Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

> N/A.

Dated: July 1, 2025
New York, New York

Respectfully submitted,

By:  /s/ *William Devaney*
William Devaney
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, New York 10018
Tel: (212) 626-4100
Fax: (212) 310-1600
william.devaney@bakermckenzie.com

*Attorneys for Defendant Bank of Communications (Hong Kong) Limited*