UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

Phillip Li,

          *Plaintiff,*

    v.

Defendant 1, a/k/a "Annie", *et al.*,

        *Defendants.*

Case No. 1:25-cv-00892

**Proof of Service**

I, Evan Cole, state and swear as follows.

I hereby certify that service was executed upon each Defendant as follows. The method of service, date of service, and documents served are set forth for each Defendant below.

- **Bank of Communications Hong Kong** was served with the Complaint and Summons via process server on 3/24/2025, and filed a Waiver of Service on 5/22/2025. Counsel for Bank of Communications Hong Kong was served with Plaintiff's Motion for Expedited Discovery on 7/2/2025 by email.

- **Chong Hing Bank** was served with the Complaint and Summons via process server on 3/24/2025, and with Plaintiff's Motion for Expedited Discovery via process server on 7/4/2025.

- **Dah Sing Bank** was served with the Complaint and Summons via process server on 3/24/2025, and with Plaintiff's Motion for Expedited Discovery via process server on 7/4/2025.

- **Hailwic Trading Co Ltd.** was not served. Plaintiff's process server visited Defendant's registered address on 3/25/2025, where he was informed that Defendant was no longer a client and that they would therefore not accept service.

- **Hong Kong Maoyexing Technology Co.** was not served. Plaintiff's process server attempted to serve the Complaint and Summons at Defendant's registered address on 3/25/2025, but was informed by a secretary at that address that Defendant was no longer a tenant and that she would not accept service.

- **Lian Sing Trading Co.** was not served. Plaintiff's process server visited Defendant's registered address multiple times between 3/25/2025 and 3/31/2025, but found the premises uninhabited and listed phone numbers disconnected. Defendant's registered agent informed Plaintiff's process server that Defendant had failed to pay their fees for some time and was therefore no longer a client.

- **Lixi Trading Ltd.** was not served. Plaintiff's process server visited Defendant's registered address on 3/26/2025, and found it to be a coworking space occupied by a different business entity.

- **Nancheng Trade Ltd.** was not served. Plaintiff's process server visited Defendant's registered address on 3/26/2025, and found it to be a closet inside a shared office space. The mailbox corresponding to Defendant's registered address was observed to be filled with old mail.

- **RST Trade Ltd.** was not served. Plaintiff's process server visited Defendant's registered address on 3/26/2025, and found it to be a vacant, unmarked room inside a coworking space, with evidence of other unaccepted mail on the floor beside the door.

- **Sunstat Trade Ltd.** was not served. Plaintiff's process server visited Defendant's registered address on 3/27/2025 and found it to be an almost completely vacant coworking space, with Defendant's name absent from the directory of occupants. The rooms corresponding with Defendant's registered address were locked and empty, and no staff was present.

- **Vany Ltd.** was served with the Complaint and Summons via process server on 3/22/2025, and with Plaintiff's Motion for Expedited Discovery via process server on 7/7/2025.

- **Yuanchi Co.** was not served. Plaintiff's process server visited Defendant's registered address on 3/26/2025, and found it to be a vacant, unmarked room inside a coworking space, with evidence of other unaccepted mail on the floor beside the door.

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____

Evan Cole
The Hoda Law Firm, PLLC

Dated:    July 8, 2025