**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | |
|---|---|
| Phillip Li, | |
| *Plaintiff,* | Case No. 1:25-cv-00892 |
| v. | |
| Defendant 1, a/k/a "Annie," *et al.*, | **Plaintiff's Notice of Voluntary Dismissal** |
| *Defendants.* | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Phillip Li hereby provides notice of voluntary dismissal of his claims against Defendant Bank of Communications (Hong Kong) Limited, without prejudice. No defendant has served an answer or motion for summary judgment in this matter.

Dated: September 26, 2025

Respectfully submitted,

**THE HODA LAW FIRM, PLLC**

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
3120 Southwest Fwy
Ste 101, PMB 51811
Houston, TX 77080
marshal@thehodalawfirm.com
alex@thehodalawfirm.com
o. (832) 848-0036

*Attorney for Plaintiffs*