UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| Phillip Li,<br><br>*Plaintiff*,<br><br>v.<br><br>Defendant 1, a/k/a "Annie," *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00892<br><br>**Plaintiff's Response to Defendant's Request for Pre-Motion Conference** |

Plaintiff Phillip Li hereby responds to the request for pre-motion conference filed by Defendant Bank of Communications (Hong Kong) Limited ("BoCom"). Plaintiff has now voluntarily dismissed his claims against BoCom without prejudice, rendering its request for a pre-motion conference moot.

Dated: September 26, 2025                Respectfully submitted,

**THE HODA LAW FIRM, PLLC**

_____

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
Alexander Crous, Esq.
Tx. Bar No. 24136488
3120 Southwest Fwy
Ste 101, PMB 51811
Houston, TX 77080
marshal@thehodalawfirm.com
alex@thehodalawfirm.com
o. (832) 848-0036

*Attorneys for Plaintiffs*