UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| Phillip Li,<br><br>*Plaintiff*,<br><br>v.<br><br>Defendant 1, a/k/a "Annie," *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00892<br><br>**Plaintiff's Notice of Voluntary Dismissal** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Phillip Li hereby provides notice of voluntary dismissal of each of his remaining claims in this matter, without prejudice. No defendant has served an answer or motion for summary judgment in this matter. Plaintiff requests that the Court order the clerk to close this matter.

Dated: December 1, 2025

Respectfully submitted,

**THE HODA LAW FIRM, PLLC**

_____

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
3120 Southwest Fwy
Ste 101, PMB 51811
Houston, TX 77080
marshal@thehodalawfirm.com
alex@thehodalawfirm.com
o. (832) 848-0036

*Attorney for Plaintiffs*